IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:03-CR-237-1H

UNITED STATES OF AMERICA,                )
                                         )
                                         )
                                         )
                                         )
            v.                           )
                                         )                **ORDER**
                                         )
EDWARD L. MORRILL,                       )
                                         )
        Defendant.                       )

        This matter is before the court on the filing of a document

entitled "Notice of Special Appearance and Motion to Amend

Judgment" by Paula M. Morrill. As Ms. Morrill is not a party to

this criminal action, she may not appear or otherwise file

motions in this matter. Therefore, the clerk is directed to

strike the filing [DE #38].

        This __16__ day of October 2014.

                              _Malcolm J. Howard_____
                              Malcolm J. Howard
                              Senior United States District Judge

At Greenville, NC
#26